# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western<br>☐ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | **Jackson** County and elsewhere | ☒ Secret Indictment<br>☐ Juvenile |

**Defendant Information**
Defendant Name: Nicholas Michael Kloster
Alias Name:
Birthdate: 07/03/1994

**Related Case Information**
Superseding Indictment/Information  ☐ Yes  ☒ No   if yes, original case number _____
New Defendant  ☐ Yes  ☐ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA    Patrick Daly

**Interpreter Needed**
☐ Yes    Language and/or dialect _____
☒ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required      ☐ Yes  ☒ No
Warrant Required   ☒ Yes  ☐ No

**U.S.C. Citations**
Total # of Counts    2

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18.1030A.F/4996/4 | Accessing a Computer and Obtaining Information | 1 |
| 2 | 18.1030A.F/4996/4 | Reckless Damage to a Protected Computer During Unauthorized Access | 2 |
| 3 | 18:982F/7990/4 | Criminal Forfeiture | |

(May be continued on reverse)

Date   11/19/2024           Signature of AUSA   /s/Patrick Daly