IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS MICHAEL KLOSTER,<br><br>Defendant. | Case No. 24-00275-01-CR-W-HFS |

## ENTRY OF APPEARANCE

Nicholas Heberle, Assistant United States Attorney, enters his appearance as co-counsel for the United States of America in the above-referenced case.

Respectfully submitted,

Teresa A. Moore
United States Attorney

By   */s/ Nicholas Heberle*

Nicholas Heberle
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on November 22, 2024, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Nicholas Heberle*
_____
Nicholas Heberle
Assistant United States Attorney