IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                                        Case No.  24-00275-01-CR-W-DGK

NICHOLAS MICHAEL KLOSTER,

    Defendant.

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

Upon the above-named Defendant appearing for a hearing and having requested counsel, it is

ORDERED that Laine Cardarella, Federal Public Defender, and all her assistant public defenders – 1000 Walnut, Ste. 600, Kansas City, MO 64106, telephone number (816) 471-8282 – are hereby appointed to represent the defendant before the Court and in all proceedings unless and until relieved by order of the United States District Court for the Western District of Missouri.

                                              /s/ Lajuana M. Counts
                                              LAJUANA M. COUNTS
                                              UNITED STATES MAGISTRATE JUDGE

Kansas City, Missouri
November 22, 2024