IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 24-cr-00275-01-W-DGK |
| | ) |
| NICHOLAS MICHAEL KLOSTER, | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

Comes now Robert Kuchar, Assistant Federal Public Defender, and requests the Clerk to enter counsel's appearance in the above captioned cause on behalf of defendant, Nicholas Michael Kloster, as attorney of record.

Respectfully submitted,

/s/ Robert Kuchar
Robert Kuchar
Assistant Federal Public Defender
1000 Walnut, Suite 600
Kansas City, MO 64106
Phone: 816-471-8282
Fax: 816-471-8008
Attorney for Defendant

### CERTIFICATE OF SERVICE

In accordance with Rule 49(a), (b) and (d), Fed. R. Crim. P., and Rule 5(b), Fed. R. Civ. P., it is hereby CERTIFIED that one copy of the foregoing motion was electronically filed on this 25th day of November 2024 and that a copy was electronically delivered to all participants of the ECF filing system, pursuant to the Electronic Case Filing system.

/s/Robert Kuchar
Robert Kuchar